UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA MCEWEN, et al.,<br><br>                       Plaintiffs,<br>v.<br>AMANDA BENEDICT, et al.,<br><br>                       Defendants. | Case No.: 3:20-cv-2364-CAB-LL<br><br>**ORDER ON MOTION TO SUBSTITUTE ATTORNEY AND SETTING HEARING ON MOTIONS TO DISMISS**<br><br>[Doc. No. 54] |

Upon consideration of Plaintiffs' consent and stipulation to substitute their attorney and appear pro se [Doc. No. 54], and of the pending motions to dismiss filed by both sides and the responses thereto, it is hereby **ORDERED** as follows:

1. Plaintiffs' stipulation to substitute attorney and for Plaintiffs to appear pro se [Doc. No. 54] is **GRANTED.** The Clerk shall revise the docket to reflect that Plaintiffs are appearing pro se with an address for service of 5628 Desert View Dr., La Jolla, CA 92037.

2. Plaintiffs must file a notice providing their complete contact information, including their phone numbers by **July 21, 2021**;

3. A hearing on the pending motions to dismiss [Doc. Nos. 47, 48, 49, 51] will be held on **July 23, 2021** at **2:00 p.m.** Plaintiffs must appear at the hearing in person; and

4. Plaintiffs' counsel Rhonda Baldwin-Kennedy shall ensure that Plaintiffs promptly receive a copy of this order.

It is **SO ORDERED**.

Dated: July 13, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge